FILED'08 MAR 13 13:37 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| CONNIE M. PERREAULT, | ) | Civil No. 07-55-CL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

**PANNER, Judge.**

On February 25, 2008, Magistrate Judge Clarke filed his Report and Recommendation, which recommends reversing the decision of the Commissioner and remanding the matter for the calculation and award of benefits. No party has objected to that Recommendation. The matter is now before me for *de novo* review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

I find no error.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1 - ORDER

## Conclusion

Magistrate Judge Clarke's Report and Recommendation (docket # 28) are adopted. The decision of the Commissioner is reversed. The matter is remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for the calculation and award of benefits.

IT IS SO ORDERED.

DATED this __13__ day of March, 2008.

_____
Owen M. Panner
United States District Judge

2 - ORDER