IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

FILED'08 MAY 07 17:23USDC-ORM

| | |
|---|---|
| CONNIE PERRAULT,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>    Defendant | Civil No. 1:07-CV-055-CL<br><br><br>ORDER FOR EAJA FEES |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,499.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and that payment shall be made directly to Plaintiff's attorney, Karen Stolzberg at 11830 SW Kerr Parkway, #355, Lake Oswego, OR 97035.

DATED this ___ day of _May_, 2008.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
(206) 615-3748
Of Attorneys for Defendant

Page 1     ORDER - [1:07-CV-055-CL]